AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of California

FILED
MAY 27 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| Sergio Roman Barrientos | ) Case No. 2:16-CR-0046 JAM |
| | ) |
| Defendant | ) **UNSEALED** |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Sergio Roman Barrientos,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1349  Conspiracy to Commit Wire Fraud Affecting a Financial Institution and Bank Fraud

Date: 03/03/2016

_____
*Issuing officer's signature*

City and state: _____

M. Marciel, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/3/16, and the person was arrested on *(date)* 05/26/16
at *(city and state)* Sacramento, CA.

Date: 05/26/16

_____
*Arresting officer's signature*

2-BcPees – DUSM
*Printed name and title*