# **SPECIAL CONDITIONS OF RELEASE**

Re: Barrientos, Sergio Roman
No.: 2:16-CR-00046 GEB
Date:June 1, 2016

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You shall reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to the Northern and Eastern Districts of California unless otherwise approved in advance by the pretrial services officer;

6. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

7. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

8. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

9. You shall not associate or have any contact with the co-defendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer; and,

10. You shall report any contact with law enforcement to your pretrial services officer within 24 hours.