UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
June 01, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SERGIO ROMAN BARRIENTOS,

Defendant.

Case No. 2:16-cr-00046-GEB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  SERGIO ROMAN BARRIENTOS ,

Case No. 2:16-cr-00046-GEB from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ 300,000, cosigned by Michael Barrientos and Connie Lindsey

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Pretrial Services supervision.

Issued at Sacramento, California on June 01, 2016 at _____

By: _____

Magistrate Judge Carolyn K. Delaney