UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**

JUN 12 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK



SERGIO RAMON BARRIENTOS,

    Petitoner,

v.

UNITED STATES OF AMERICA,

    Responant.

_____/

Case No. 2:16-CR-00046-TLN-CKD

LETTER OF INQUIRY IN REGARDS TO 2255 MOTION

    Dear Court Clerk, this is a letter of inquiry in order that Petitioner may receive an update on the status of his 2255. It has been a year since this 2255 motion was filed(June 2022), and Petitioner would like to be informed on whether or not it has been decided upond. Please contact Petitioner at he earliest date possible.

    Petitioner thanks you in advance for your assistance in this matter.

Dated:June 6,2023

s/ _____
Sergio Ramon Barrientos